MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: stroud@mgslaw.com

Attorneys for Plaintiff Sean Moorman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MOORMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SPENCER GIFTS LLC, a Delaware limited liability company, ZION ROOTSWEAR, L.C., a Florida limited liability company,<br><br>    Defendants. | Case No. 2:07-CV-01999-LEW-EFB<br><br>**STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE JOINT STATUS REPORT** |

The Court's Order Requiring Joint Status Report, dated September 25, 2007, orders the parties to file a joint status report "[w]ithin sixty (60) days of service of the complaint on any party." Because Defendant Spencer Gifts LLC waived service in this case, and because Plaintiff Sean Moorman filed the waiver on December 8, 2007, the joint status report in this case is due on February 6, 2008.[1]

Good cause exists for the Court to grant an extension of time for the parties to submit the joint status report. On January 22, 2008, Plaintiff amended his complaint to name an additional defendant, Zion Rootswear LC. Service on that new defendant has yet to be completed. Moreover, Spencer Gifts LLC has yet to answer. Under these circumstances, the parties request a 30-day extension of time to submit a joint status report.

---

[1] Under Federal Rule of Civil Procedure 4(d)(4), the date on which the plaintiff files the waiver of service serves as the date on which the complaint was served.

1  Based upon the stipulation of counsel on the record before the Court, IT IS HEREBY
2  ORDERED as follows: The parties shall have up to and including March 7, 2008 to submit the joint
3  status report.

**IT IS SO STIPULATED.**

Dated: February 4, 2008

MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD
STEPHEN LAU

By:  /s/ Stephen Lau
Stephen Lau
Attorneys for Plaintiff Sean Moorman

Dated: February 4, 2008

ECKERT SEAMANS CHERIN & MELLOTT, LLC
ROBERTA JACOBS-MEADWAY

By:  /s/ Roberta Jacobs-Meadway
Roberta Jacobs-Meadway
Attorneys for Defendant Spencer Gifts LLC

**IT IS SO ORDERED.**

DATED: 2/5/2008

/s/ Ronald S. W. Lew
U.S. District Judge