1    MENNEMEIER, GLASSMAN & STROUD LLP
     ANDREW W. STROUD (SBN 126475)
2    STEPHEN LAU (SBN 221051)
     980 9th Street, Suite 1700
3    Sacramento, CA 95814-2736
     Telephone: 916-553-4000
4    Facsimile: 916-553-4011
     E-mail: stroud@mgslaw.com
5
6    Attorneys for Plaintiff Sean Moorman

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SEAN MOORMAN,                      )   Case No. 2:07-CV-01999-LEW-EFB
                                        )
11                 Plaintiff,           )   **STIPULATION AND ORDER**
                                        )   **REGARDING FURTHER EXTENSION**
12   v.                                 )   **OF TIME TO FILE JOINT STATUS**
                                        )   **REPORT**
13   SPENCER GIFTS LLC, a Delaware limited )
     liability company, ZION ROOTSWEAR, L.C., )
14   a Florida limited liability company, )
                                        )
15                 Defendants.          )
                                        )
16   _____ )

17          The Stipulation and Order issued by the Court on February 5, 2008 requires the parties

18   to file a joint status report by March 7, 2008.  Good cause exists for the Court to grant a further

19   extension of time for the parties to submit the joint status report.

20          On January 22, 2008, Plaintiff Sean Moorman amended his complaint to name an

21   additional defendant, Zion Rootswear LC.  When the prior stipulation and order was issued, Zion

22   Rootswear had not yet been served and was not a signatory to that stipulation.  Since then, service on

23   Zion Rootswear has been completed.[1]  In light of the fact that Zion Rootswear was brought into the

24   case only recently, the parties request a two-week extension of time for the parties to meet and confer

25   and to submit a joint status report.

26   _____

27          [1]    Specifically, Zion Rootswear has signed a waiver of service of summons, sent by
     Plaintiff on January 31, 2008.  Pursuant to Federal Rule of Civil Procedure 4(d)(3), Zion has
28   until March 31, 2008 to file an answer or other responsive pleading.

Based upon the stipulation of counsel on the record before the Court, IT IS HEREBY ORDERED as follows: The parties shall have up to and including March 21, 2008 to submit the joint status report.

**IT IS SO STIPULATED.**


Dated: March 7, 2008                    MENNEMEIER, GLASSMAN & STROUD LLP
                                        ANDREW W. STROUD
                                        STEPHEN LAU


                          By:     /s/ Stephen Lau
                                  Stephen Lau
                                  Attorneys for Plaintiff Sean Moorman


Dated: March 7, 2008                    ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                        ROBERTA JACOBS-MEADWAY



                          By:     /s/ Roberta Jacobs-Meadway
                                  Roberta Jacobs-Meadway
                                  Attorneys for Defendant Spencer Gifts LLC


Dated: March 7, 2008                    GALLANT & ERVIN
                                        TIMOTHY J. ERVIN



                          By:     /s/ Timothy J. Ervin
                                  Timothy J. Ervin
                                  Attorneys for Zion Rootswear LC


            **IT IS SO ORDERED.**


DATED: 03/07/2008

                                  /s/ Ronald S. W. Lew

                                  U.S. DISTRICT JUDGE

07cv1999.o.37.wpd                              2