MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011

Attorneys for Plaintiff Sean Moorman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SEAN MOORMAN,

Plaintiff,

v.

SPENCER GIFTS, LLC, a Delaware limited liability company, ZION ROOTSWEAR, L.C., a Florida limited liability company,

Defendants.

Case No. 2:07-CV-01999-LEW-EFB

**STIPULATION AND ORDER RE: PLAINTIFF'S SECOND CAUSE OF ACTION**

The parties, by and through their counsel of record, stipulate as follows: Plaintiff Sean Moorman hereby dismisses his second cause of action (i.e., his cause of action for false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a)) as against both Defendant Spencer Gifts, LLC and Defendant Zion Rootswear L.C. This dismissal is without prejudice to Plaintiff's right to re-assert the cause of action against Defendants should newly discovered facts provide cause to do so. The parties shall each bear their own fees and costs in connection with Plaintiff's second cause of action and Plaintiff's dismissal thereof.

///

///

///

///

///

Dated: March 31, 2008

MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD
STEPHEN LAU

By: /s/ Stephen Lau
Stephen Lau
Attorneys for Plaintiff SEAN MOORMAN

Dated: March 31, 2008

ECKERT SEAMANS CHERIN & MELLOTT, LLC

By: /s/ Roberta Jacobs-Meadway
Roberta Jacobs-Meadway
Attorneys for Defendant SPENCER GIFTS, LLC

Dated: March 31, 2008

COSTA ABRAMS & COATE LLP

By: /s/ Joseph Costa
Joseph Costa
Attorneys for Defendant ZION ROOTSWEAR, L.C.

**IT IS SO ORDERED.**

Dated: 03/31/2008

/s/ Ronald S. W. Lew
Senior, U.S. District Judge

07cv1999.o.331.wpd

2

STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S SECOND CAUSE OF ACTION

Case Name: *Moorman v. Spencer Gifts, LLC, et al.*
Case No: U.S.D.C., Eastern District of California, 2:07-CV-01999 LEW EFB

# PROOF OF SERVICE

I declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 980 9th Street, Suite 1700, Sacramento, California 95814. On March 31, 2008, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFF'S SECOND CAUSE OF ACTION**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepared, in the United States mail at Sacramento, California addressed as set forth below.

Joseph Costa
Costa Abrams & Coate LLP
1221 Second Street, Third Floor
Santa Monica, CA 90401
Tel: (310) 576-6161
Fax: (310) 576-6160

*Attorneys for Defendant Zion Rootswear, L.C.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepared in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on March 31, 2008, at Sacramento, California.

/s/ Angela Knight
Angela Knight