MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011
E-mail: stroud@mgslaw.com

Attorneys for Plaintiff Sean Moorman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MOORMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SPENCER GIFTS LLC, a Delaware limited liability company, ZION ROOTSWEAR, L.C., a Florida limited liability company,<br><br>    Defendants. | Case No. 2:07-CV-01999-JAM-EFB<br><br>**STIPULATION AND ORDER RE: EXTENSION OF TIME FOR EXPERT WITNESS DISCLOSURES** |

**RECITALS**

Whereas the Status (Pre-trial Scheduling) Order (Docket No. 32) issued by the Court on May 8, 2008 sets a deadline of September 12, 2008 for the parties to make expert witness disclosures under Federal Rule of Civil Procedure 26(a)(2);

Whereas that Order also sets a deadline of September 19, 2008 for the parties to make supplemental disclosures and disclosure of rebuttal experts under Federal Rule of Civil Procedure 26(a)(2)(C);

Whereas the parties are currently engaged in settlement negotiations and believe that a short postponement of discovery would advance those negotiations;

Whereas, under the current deadlines, such a postponement in discovery might prejudice the parties' ability to submit complete and timely expert witness disclosures and reports;

///

**STIPULATION**

The parties, by and through their counsel, stipulate and agree as follows:

(1) The date for the parties to make expert witness disclosures under Rule 26(a)(2) shall be extended 30 days to October 13, 2008; and

(2) The date for the parties to make supplemental disclosures and disclosure of any rebuttal experts under Rule 26(a)(2)(C) shall be extended 30 days to October 20, 2008.

**IT IS SO STIPULATED.**

Dated: August 19, 2008          MENNEMEIER, GLASSMAN & STROUD LLP
                                ANDREW W. STROUD
                                STEPHEN LAU

                        By:     /s/ Stephen Lau
                                Stephen Lau
                                Attorneys for Plaintiff Sean Moorman

Dated: August 19, 2008          ECKERT SEAMANS CHERIN & MELLOTT, LLC
                                ROBERTA JACOBS-MEADWAY

                        By:     /s/ Roberta Jacobs-Meadway
                                Roberta Jacobs-Meadway
                                Attorneys for Defendant Spencer Gifts LLC

Dated: August 13, 2008          COSTA ABRAMS & COATE LLP
                                JOSEPH P. COSTA

                        By:     /s/ Joseph P. Costa
                                Joseph P. Costa
                                Attorneys for Defendant Zion Rootswear LC

**IT IS SO ORDERED.**

DATED: August 20, 2008

                                /s/ John A. Mendez
                                _____
                                UNITED STATES DISTRICT JUDGE