MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone:  916-553-4000
Facsimile:   916-553-4011

Attorneys for Plaintiff Sean Moorman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN MOORMAN,<br><br>    Plaintiff,<br><br>v.<br><br>SPENCER GIFTS, LLC, a Delaware limited liability company, ZION ROOTSWEAR, L.C., a Florida limited liability company,<br><br>    Defendants. | Case No.  2:07-CV-01999-JAM-EFB<br><br>**STIPULATION OF DISMISSAL** |

The parties to this action, through their counsel of record, stipulate that

(1) Plaintiff Sean Moorman does hereby dismiss the First Amended Complaint in 2:07-CV-01999-LEW-EFB entitled *Sean Moorman v. Spencer Gifts, LLC and Zion Rootswear, L.C.*, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1); and

(2) Cross-Claimant Spencer Gifts, LLC does hereby dismiss its Cross-Claim for Indemnification against Cross-Defendant Zion Rootswear, L.C with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each side is to bear his/its own fees and costs.  With this stipulation, the entire action is now dismissed.

1  Dated: November 10, 2008                MENNEMEIER, GLASSMAN & STROUD LLP
                                           ANDREW W. STROUD
2                                          STEPHEN LAU

3
                                    By:    /s/
4                                          Stephen Lau
                                           Attorneys for Plaintiff SEAN MOORMAN
5
   Dated: November 11, 2008                ECKERT SEAMANS CHERIN & MELLOTT, LLC
6

7                                   By:    /s/
                                           Roberta Jacobs-Meadway
8                                          Attorneys for Defendant SPENCER GIFTS, LLC

9  Dated: November 10, 2008                COSTA ABRAMS & COATE LLP

10
                                    By:    /s/
11                                         Joseph Costa
                                           Attorneys for Defendant ZION ROOTSWEAR, L.C.
12

13         **IT IS SO ORDERED.**

14 DATED: November 12, 2008

15                                         /s/ John A. Mendez
                                           U. S. DISTRICT JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

07cv1999.o.1112.wpd                        2
                              STIPULATION OF DISMISSAL